1

2   Leila H. Watson
    B. Kristian W. Rasmussen, III
3   **Cory, Watson, Crowder, & Degaris, P.C.**
    2131 Magnolia Avenue
4   Birmingham, Alabama 35205
    Telephone: (205) 328-2200
5   Facsimile: (205) 324-7896
    Attorneys for Plaintiffs

6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX          )   **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       )   **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION        )

14  This Document Relates To:           )

15  *Tammie Bridgmon, Administrator of the Estate*  )   **STIPULATION AND ORDER OF**
    *of Rose Smith, deceased v. Pfizer Inc*          )   **DISMISSAL WITH PREJUDICE**
16  (06-7394 CRB)                       )

17  *Harmon David Kelley, et al. v. Pfizer Inc*      )
    (06-3488 CRB)                       )

18  *Randall Harrison, et al. v. Pfizer Inc*         )
19  (07-2032 CRB)                       )

20  *Alvin F. Johnson, et al. v. Pfizer Inc*         )
    (07-1406 CRB)                       )

21  *Lorenza Minor, et al. v. Pfizer Inc*            )
22  (07-1470 CRB)                       )

23  *Stephen W. Morris, et al. v. Pfizer Inc*        )
    (07-2223 CRB)                       )

24  *Marie A. Teal, individually v. Pfizer Inc, et al.*  )
25  (08-1008 CRB)                       )

26          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

                                        -1-

                    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42583498.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/3, 2009          By

**CORY, WATSON, CROWDER, & DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009          By:

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42583498.1